IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Mario Dazza * | |
| Plaintiff(s) | |
| * | |
| vs. | Civil Action No.   RDB-16-3954 |
| * | |
| Kirschenbaum, Phillips & Levy, P.C., et al. | |
| Defendant(s) * | |

\*\*\*\*\*\*

## **ORDER**

IT IS HEREBY ORDERED that the deadline for the filing of a Motion for Preliminary Approval of the Class Action Settlement is **January 31, 2018**.

Date: November 21, 2017

/s/
Richard D. Bennett
United States District Judge